UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-22077-CIV-LENARD

CHANEL, INC.,

       Plaintiff,

v.

CCPURSES.COM, *et al*,

       Defendants.
_____/

## ORDER GRANTING MOTION FOR ALTERNATE SERVICE

This matter is before the Court upon Plaintiff's Motion for Order Authorizing Alternate Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) (D.E. 22). The Court has carefully reviewed the Motion, the pertinent portions of the Record, and is otherwise fully advised in the premises.

WHEREAS Plaintiff has shown good cause why leave should be granted allowing service of the Summonses, Complaint, and all subsequent filings in this matter upon Defendants via electronic mail ("e-mail") and website publication.

Accordingly, having read and considered the pleadings, declarations, and exhibits on file in this matter and having reviewed the evidence submitted along with Plaintiff's Motion, it is

ORDERED and ADJUDGED that Plaintiff's Motion for Order Authorizing Alternate Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) is GRANTED:

1.     Plaintiff may serve the Summons, Complaint, and all other current and future filings in this matter, upon each Defendant in this action via e-mail to the e-mail addresses set forth on Schedule "B" of Plaintiff's Motion (D.E. 22 pp. 19-20); or

2. Plaintiff may serve the Summons, Complaint, and all other current and future filings in this matter, upon each Defendant in this action via publication by posting a copy of the same on the Internet website appearing at the URL http://servingnotice.com/sdproxy/index.html.

DONE and ORDERED in chambers in Miami, Florida, this 25 day of Sept, 2012.

~~JOAN A. LENARD~~ John O'Sullivan
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

Copies furnished to:
Counsel of Record